

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00400-CR

CHRISTOPHER LOVERNE HALL                                    APPELLANTS

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1352298D

----------

## MEMORANDUM OPINION[1]

----------

On September 15, 2014, the trial court revoked appellant Christopher Loverne Hall's community supervision, adjudicated his guilt for forgery by possession of a check with intent to pass, and sentenced him to eight months in state jail. Also on September 15, 2014, the trial court entered its certification of

----

[1]*See* Tex. R. App. P. 47.4.

defendant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2). The certification states that "the defendant has waived the right to appeal."

On September 19, 2014, appellant filed a pro se notice of appeal. On September 24, 2014, we notified appellant and his trial counsel that the certification indicating that he had waived the right to appeal had been filed in this court and that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed. Because the trial court's certification affirmatively shows that appellant has waived the right to appeal, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f); *Hill v. State*, 929 S.W.2d 607, 609 (Tex. App.—Waco 1996, no pet.).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 13, 2014